542

476 A.2d 56

Travelers v. Dusza, Appellant.

Argued March 29, 1984. Bernard V. Digiacomo, for appellant; James D. Scheffey, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Judgment affirmed. *Harleysville Mutual Insurance Co. v. Schuck*, 302 Pa.Super. 534, 449 A.2d 45 (1982). See also: *Ostronic v. Insurance Company of North America*, 314 Pa.Super. 146, 460 A.2d 808 (1983).

May 4, 1984.

476 A.2d 56

Baylor v. Baylor, Sr., Appellant.

Submitted October 3, 1983. Anthony D. Miele, for appellant; J. Howard Langdon, for appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Order vacated, and case remanded with instructions. Jurisdiction relinquished.